IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO.: 7:21-cv-00142-FL

THE COLONY CLUB AT LANDFALL
HOMEOWNERS' ASSOCIATION, INC.,

Plaintiff,

v.

PALOMAR SPECIALTY INSURANCE
COMPANY,

Defendant.

**ORDER GRANTING CONSENT
MOTION TO EXTEND CERTAIN
DEADLINES**

THIS COURT, having reviewed the Consent Motion to Extend Certain Deadlines, all relevant pleadings of record, and for good cause shown, ORDERS as follows:

The Motion is GRANTED. The Court orders that the remaining deadlines be extended as follows:

a.  All discovery shall be completed by July 29, 2022;

b.  Mediation shall be completed by the discovery deadline, July 29, 2022, in compliance with Local Alternative Dispute Rule 101.1d(a);

c.  Fed. R. Civ. P. 26(e) disclosures shall be served by July 19, 2022; and

d.  Any motions to exclude expert testimony and any dispositive motions shall be filed by August 29, 2022.

This the 5th day of May, 2022.

LOUISE W. FLANAGAN
United States District Judge