IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.: 7:21-cv-00142-FL

| | |
|---|---|
| THE COLONY CLUB AT LANDFALL HOMEOWNERS' ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> PALOMAR SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | **ORDER GRANTING JOINT MOTION TO DIMISS WITH PREJUDICE** |

Plaintiff The Colony Club at Landfall Homeowners' Association, Inc ("The Colony Club at Landfall Homeowners' Association, Inc" or "Plaintiff") and Defendant Palomar Specialty Insurance Company ("Palomar Specialty" or "Defendant") jointly move to dismiss this action in its entirety with prejudice, each party bearing its own costs. After considering the Motion, this Court is of the opinion that the Motion should be, in all things, **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff and Defendant's Joint Motion to Dismiss with Prejudice in its entirety is hereby GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all costs of Court and attorneys' fees shall be taxed to the party incurring same.

**SIGNED** this 8th day of August, 2022.

_____
LOUISE W. FLANAGAN
United States District Judge

APPROVED AS TO FORM:

**DALY & BLACK, P.C.**

*/s/ James W. Willis*
James Winston Willis
Texas Bar No. 24088654
jwillis@dalyblack.com
Richard D. Daly
Texas Bar No. 00796429
rdaly@dalyblack.com
2211 Norfolk St., Suite 800
Houston, Texas 77002
Telephone: 713-655-1405
Facsimile: 713-655-1587
**ATTORNEYS FOR PLAINTIFF**

**MARTIN & JONES, PLLC**

/s/ *Forest Horne*
H. Forest Horne
NC Bar No. 16678
4140 Parklake Ave, Suite 400
Raleigh, North Carolina 27612
Telephone: 919-821-0005
Facsimile: 919-863-6086
hfh@m-j.com
**LOCAL CIVIL RULE 83.1(D)**
**COUNSEL FOR PLAINTIFF**

**AND**

**BUTLER WEIHMULLER KATZ CRAIG, LLP**

*/s/ Roman Harper (w/permission)*
L. Andrew Watson
NC Bar No. 41812
Roman C. Harper
NC Bar No. 53995
11605 North Community House Road, Suite 150
Charlotte, North Carolina 28277
Telephone: 704-543-2321
Facsimile: 704-543-2324
awatson@butler.legal
rharper@butler.legal
**ATTORNEYS FOR DEFENDANT**